[No. 17629–3–I.  Division One.  March 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNIE SANDERS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00780–2, Paul D. Hansen, J., entered December 5, 1985. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Swanson and Pekelis, JJ.

[No. 17160–7–I.  Division One.  March 16, 1987.]

HILDA M. FISHER, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–17412–1, George H. Revelle, J. Pro Tem., entered August 28, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Pekelis, JJ.

[Nos. 16402–3–I; 16692–1–I.  Division One.  March 16, 1987.]

OLYMPIC PROPERTIES, LTD., ET AL, *Appellants,* v. U. S. HOME FINANCE CORPORATION, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 84–2–16593–6, Terrence A. Carroll, J., entered April 15, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Durham and Hansen, JJ. Pro Tem.